



**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| SAMUEL RANDLES,<br><br>    Plaintiff,<br><br>v.<br><br>EAGLE MOUNTAIN-SAGINAW<br>INDEPENDENT SCHOOL DISTRICT;<br>JON GRADY, individually; and<br>LARRY LANCE, individually,<br><br>    Defendants. | **Civil Action No.** _____<br><br>**4-26CV-999-P** |

## PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND EXPEDITED RESPONSE AND HEARING

1.  Plaintiff Samuel Randles moves on notice under Federal Rule of Civil Procedure 65(b) for a temporary restraining order suspending Defendants' reliance on the August 8, 2024 Criminal Trespass Warning (CTW) until the Court can hear Plaintiff's separately filed motion for preliminary injunction.

2.  Emergency relief is necessary because EMSISD Police Captain Jon Grady declared in writing on August 10, 2026 that the CTW remains active and that Plaintiff will be arrested if he enters Greenfield Elementary 'for that event or any reason'; Officer Larry Lance enforced that directive on August 11 through seizure and Taser force; the CTW remains unrescinded; and Plaintiff intends to attend and speak at the District's August 24 open Board meeting and recurring parent activities. Verified Compl. ¶¶ 34-38, 64; App. 2-4, 6.

3.  Plaintiff requests an order, effective for fourteen days or until the preliminary-injunction hearing, that:

    (a) restrains EMSISD and the persons bound under Rule 65(d)(2), upon actual notice, from relying on the August 8, 2024 CTW as authority to refuse Plaintiff entry, eject him, arrest or detain him, cite him, seize him, use force against him, or threaten any of those acts;

(b) restrains EMSISD from representing to its officers, employees, agents, or enforcement databases that the CTW is presently active or enforceable;

(c) requires EMSISD to permit Plaintiff to attend the August 24, 2026 open Board meeting and, during the TRO, scheduled parent conferences and events, school activities open to similarly situated parents, and arranged inspections of educational records or instructional materials, subject to neutral identification, visitor, scheduling, and safety rules and any valid operative court order;

(d) requires EMSISD within twenty-four hours to identify a District administrative contact who will provide written access confirmations without treating the challenged CTW as controlling; and

(e) preserves Defendants' authority to enforce generally applicable law and neutral safety rules based on current, independent conduct rather than the challenged CTW.

4. The accompanying brief and appendix establish a substantial likelihood of success, an imminent and irreparable loss of First Amendment activity and recurring parental and religious exercise, a balance of equities favoring narrowly conditioned access, and a public interest in constitutional compliance without impairing school safety.

5. Because the ordinary twenty-one-day response period would extend beyond the August 24 Board meeting, Plaintiff requests an expedited response, the earliest practicable hearing, and a preliminary-injunction hearing before the TRO expires.

6. Plaintiff requests that security be waived or set at zero because the order preserves neutral security authority, imposes no measurable monetary risk, and protects public constitutional rights. Fed. R. Civ. P. 65(c).

7. Plaintiff is filing this motion on notice. He does not request relief without notice and will promptly deliver the motion, brief, and appendix to each Defendant and any counsel who appears.

WHEREFORE, Plaintiff requests the temporary restraining order and expedited schedule stated above.

Respectfully submitted,
/s/ Samuel Randles    *Sam Randles*
Samuel Randles, Pro Se
5001 SH-114E, Apt. 1313
Roanoke, Texas 76262
Telephone: 214-250-6187
Email: randles.sam@gmail.com

## CERTIFICATE OF CONFERENCE

Pursuant to N.D. Tex. Local Civ. R. 7.1(b), Plaintiffs certify that this is the initial filing, there is no possible way to engage conference Defendants have not agreed to the requested relief.

## CERTIFICATE OF SERVICE

I certify that on August 13, 2026, I served a true and correct copy of this motion and any attachments on Defendants (or counsel of record) by USPS certified mail at their respective service addresses.

/s/ Samuel Randles    *Sam Randles*
Samuel Randles