ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

AUG 13 2026 PM 3:27
FILED-USDC-NDTX-FW

| | |
|---|---|
| SAMUEL RANDLES, | Civil Action No. _____ |
| Plaintiff, | **4-26CV-999-P** |
| v. | |
| EAGLE MOUNTAIN-SAGINAW INDEPENDENT SCHOOL DISTRICT; JON GRADY, individually; and LARRY LANCE, individually, | |
| Defendants. | |

**APPENDIX IN SUPPORT OF PLAINTIFF'S RULE 65 MOTIONS**

**INDEX OF APPENDIX**

Declaration of Samuel Randles        App. 2-4

Exhibit A - August 8, 2024 EMSISD Criminal Trespass Warning   App. 5-6

Exhibit B - August 10, 2026 email from Captain Jon Grady App. 7-8

1

## DECLARATION OF SAMUEL RANDLES

1. My name is Samuel Randles. I am the Plaintiff, an adult Texas resident, and the father of children enrolled in Eagle Mountain-Saginaw Independent School District (EMSISD). I have personal knowledge of the facts stated in this declaration except where I identify a document or communication, in which case I accurately state what it says.

2. On August 8, 2024, EMSISD Police Officer Larry Lance gave me the Criminal Trespass Warning attached as Exhibit A. Exhibit A is a true and correct copy of the document I received.

3. The CTW covers every EMSISD campus, office, parking area, stadium, bus facility, and other District property. It states that it remains in effect until rescinded in writing and requires me to contact EMSISD Police to arrange school-related business involving my children.

4. The CTW does not state an expiration date and did not provide me written information explaining an appeal. I was not given a record identifying a verbal warning under Education Code § 37.105(a)(2), the behavior supposedly identified as inappropriate, or persistence in that identified behavior after such a warning.

5. After the Texas Education Agency directed me to the local grievance process, I filed a grievance raising the CTW, § 37.105, the lack of appeal, and the indefinite exclusion. Philo Waters did not schedule or conduct a Level I conference. He dismissed the grievance, treated the police CTW as unappealable, and copied the Superintendent. Level II partially overturned his timeliness decision but did not return the timely issue for the Level I review I had been denied. I was not permitted to present the CTW appeal personally to the Board within ninety days.

6. My children remain enrolled in EMSISD. I have recurring reasons to attend open Board meetings, scheduled parent conferences and events, school activities open to parents, and arranged inspections of educational records and instructional materials.

7. On August 7, 2026, EMSISD Police Sergeant Calene McDonald emailed me that the CTW remained active for the August 11 Meet the Teacher Night. She copied Captain Jon Grady and Officer Lance.

8. On August 10, 2026, Captain Grady sent the email attached as Exhibit B. Exhibit B is a true and correct copy of his email to me.

2

9. Grady wrote that the CTW was still in effect; that it did not automatically expire after two years because it was issued under Penal Code § 30.05 rather than Education Code § 37.105; that EMSISD had not rescinded it; and that I would be arrested if I went to Greenfield 'for that event or any reason.'

10. No EMSISD official has notified me that the CTW has been rescinded, suspended, or removed from an enforcement database.

11. On August 11, 2026, I stood on Greenfield Elementary property at the front entrance and attempted to enter Meet the Teacher Night. I was unarmed and was not moving toward Lance. Lance put his body in front of the door, put his hands on me, invoked the 2024 CTW, and ordered me to leave without identifying new conduct or a new reason beyond criminal trespass.

12. Lance grabbed my shirt and pulled me toward him while announcing an arrest. I raised my hands and used them to block his grip on my body and shirt. Lance drew and aimed his Taser. I disengaged, turned away, and fled from the threatened force.

13. With my back facing him and while I was moving away, Lance fired the Taser into my back. The discharge caused me to fall and injured my right arm and hand and scraped other parts of my body. As the first wires dislodged during the fall, Lance immediately fired a second cartridge, which missed. Lance and Officer Davis then pursued me on foot as I demanded that they stop.

14. The August 11 enforcement and Grady's written threat make me believe EMSISD Police will arrest, detain, or use force against me again if I enter District property while the CTW remains active.

15. I intend to attend and speak at the August 24, 2026 open EMSISD Board meeting about the CTW, my children's education, and District conduct. I also intend to attend future scheduled parent activities and arranged records and instructional-material inspections.

16. Without an order suspending reliance on the CTW, I must either forgo those nonrepeatable opportunities or risk the arrest and force EMSISD has expressly threatened and recently used.

17. I will comply with neutral identification, visitor-screening, scheduling, and safety rules applied to similarly situated parents and visitors, and with any valid operative court order specifically governing my contact with my children.

18. Money damages cannot recreate a missed Board meeting, parent conference, school activity, or opportunity to review and respond to what my children are taught.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 13, 2026, in Denton County, Texas. 28 U.S.C. § 1746.

*Sam Randles*

Samuel Randles

**EXHIBIT A**
August 8, 2024 EMSISD Criminal Trespass Warning

# Eagle Mountain-Saginaw ISD
## Criminal Trespass Warning Notice
### WARNING: POSSIBLE CRIMINAL CHARGES IF NOTICE IS VIOLATED

The Eagle Mountain-Saginaw ISD Police Department has been given authority by Dr. Jim Chadwell, EMS ISD Superintendent, to provide Criminal Trespass Warning Notice to persons who are prohibited from being on property owned or under the control of Eagle Mountain-Saginaw ISD. This includes, but not limited to, school buildings and school grounds, parking lots, gymnasiums, athletic events, stadiums, sport fields, district offices, busses as well as the bus facility.

EMS ISD Police Officer: _____ Badge _____

on _____ at _____ gives written notice of Criminal Trespass Warning to:
　　　DATE　　　TIME

### Person Warned:

| Name: | | Race | | Sex | |
|---|---|---|---|---|---|
| Address: | | | | | |
| Identification: | [ ]DL [ ]ID [ ]Other | ID# | | | |
| Phone Number: | | Email: | | | |
| Child(ren) in EMS? | [ ] Yes [ ] No [ ] Unknown | | | | |
| Location of Occurrence | | | | | |

### Trespass Warning

You are hereby warned and placed on official notice that you cannot enter upon or remain on any property* owned or under the control of Eagle Mountain-Saginaw ISD. If you do so, you may be arrested and charged with Criminal Trespass, a Class B misdemeanor, punishable by up to 6 months in jail and/or up to a $2000 fine. (Texas Penal Code 30.05)

## This notice shall remain in effect until it is rescinded in writing.

### Procedure for conducting school related business at EMS ISD

In the event that while this Trespass Notice is in effect that the person warned needs to conduct school related business that relates to their child(ren) that cannot be handled over the phone, or other matters that necessitate the warned person be on school owned property that the warned person shall contact Eagle Mountain-Saginaw ISD Police Sergeant Grady at 817-847-2999 who will work with the warned person and the school needing access so that the warned person is in compliance with the law and not arrested.

The warned person understands that until noticed of Trespass Warning is rescinded, in writing, that each visit to property owned by EMS ISD requires a scheduled visit through the EMS ISD police department. The warned person understands that a member of the EMS ISD PD may be present at the school or property but shall not attend any meeting or conference that is not open to the public.

_____　　_____
**EMS-ISD Officer's Signature**　　**Person Warned Signature [ ] – refused**

Signature just acknowledges warning, and no signature does not void notice

*Those schools and their associated facilities and parking lots, but not limited to: Alternative Discipline Center/Watson HS, Boswell HS, Chisholm HS, Eagle Mountain HS, Saginaw HS, Creekview MS, Ed Willkie MS, Hafley DC, Marine Creek MS, Prairie Vista MS, Wayside MS, Bryson ES, Chisholm Ridge ES, Comanche Springs ES, Copper Creek ES, Dozier ES, Eagle Mountain ES, Elkins ES, Gilliland ES, Greenfield ES, High Country ES, Lake Country ES, Lake Point ES, Northbrook ES, Parkview ES, Remington Point ES, Saginaw ES, Willow Creek ES, Elizabeth Lopez Hatley ES, Hollenstein Career Technology Center, and EMS-ISD District offices complex as well as Gold Star Transit bus facility and the J L Price Maintenance complex.

**EXHIBIT B**

August 10, 2026 email from Captain Jon Grady

 **Gmail**　　　　　　　　　Sam Randles <randles.sam@gmail.com>

## Criminal Trespass Notice still in effect

5 messages

**Jon Grady** <jgrady@ems-isd.net>　　　　　　　　　Mon, Aug 10, 2026 at 12:09 PM
To: "randles.sam@gmail.com" <randles.sam@gmail.com>

Mr. Randles:

It is my understanding that you stated that you plan on attending the meet the teacher night at Greenfield ES on 8/11/2026. Please be advised that your Criminal Trespass Warning (CTW) is still in effect and you will be subject to arrest if you come to Greenfield ES for that event or any reason until the notice is rescinded.

The CTW notice was issued under Texas Penal Code 30.05 and unlike a CTW notice given under the Texas Education Code Chapter 37.105, it does NOT automatically expire within two years.

I have attached a copy of your CTW that was issued on 8/8/2024 so you can reference that the notice clearly states: "THIS NOTICE SHALL REMAIN IN EFFECT UJNTIL IT IS RESCINDED IN WRITING." EMS ISD has NOT rescinded your notice, and it IS still in effect, and you will be subject to arrest if you violate the CTW notice.

While we do not want to arrest you, we shall if you violate the written CTW notice.

Thank you for your consideration in this matter.

Captain J Grady

Eagle-Mountain Saginaw ISD PD

817-847-2999



**Leadership is not about being in charge.**

**Leadership is about taking care of those**

**in your charge.**

8