

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**



AUG 13 2026 PM3:29
FILED-USDC-NDTX-FW

| | |
|---|---|
| **SAMUEL RANDLES,**<br>Plaintiff,<br><br>v.<br><br>**EAGLE MOUNTAIN-SAGINAW**<br>**INDEPENDENT SCHOOL DISTRICT;**<br>**JON GRADY; and LARRY LANCE,**<br>Defendants. | Civil Action No. _____<br><br>**FORT WORTH DIVISION**<br><br>4-26CV-999-P |

## NOTICE OF RELATED CASE UNDER LOCAL CIVIL RULE 3.3

Plaintiff Samuel Randles files this Notice of Related Case under Local Civil Rule 3.3.

The first related civil action is *Randles, et al. v. Blacklock, et al.*, No. 4:25-cv-01422-O (N.D. Tex.), assigned to the Honorable Reed O'Connor. Final judgment was entered March 11, 2026; a notice of appeal was filed June 28, 2026; the appeal is pending.

The second related civil action is *In the Matter of the Marriage of Jennifer Scroggins Randles and Samuel Christopher Randles*, No. 322-619733-17 (322nd Jud. Dist. Ct., Tarrant County, Tex.), currently listed before the Honorable James Munford. The action is pending.

The actions share operative facts. The earlier federal action concerns judicial-administration practices affecting Plaintiff's family proceeding. This complaint alleges that EMSISD's trespass warning, exclusion, communications, records decisions, and enforcement actions were communicated to or used in that proceeding and affected Plaintiff's access to his children and their school.

This notice is made to comply with Local Civil Rule 3.3 and permit the Court to determine whether any administrative relationship between the actions is appropriate.

Dated: August 13, 2026

Respectfully submitted,

/s/ Samuel Randles
**Samuel Randles, Pro Se**
5001 SH-114E, Apt. 1313
Roanoke, Texas 76262
214-250-6187
randles.sam@gmail.com