

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**



AUG 13 2026 PM3:28
FILED-USDC-NDTX-FW

Samuel Randles
Plaintiff

v.

Eagle Mountain-Saginaw Independent School ]
Defendant

**4-26CV-999-p**

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Samuel Randles

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Not applicable. Plaintiff is an individual, and no nongovernmental corporate party is filing this certificate.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Samuel Randles; Eagle Mountain-Saginaw Independent School District; Jon Grady; Larry Lance. No other financially interested person or entity is presently known to Plaintiff.

Date:

Signature: _____

Print Name: _____

Bar Number: _____

Address: _____

City, State, Zip: _____

Telephone: _____

Fax: _____

E-Mail: _____

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.