# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

SAMUEL RANDLES,
Plaintiff,

Civil Action No. 4:26-cv-00999-P-BJ

v.

EAGLE MOUNTAIN-SAGINAW
INDEPENDENT SCHOOL DISTRICT;
JON GRADY; and LARRY LANCE,
Defendants.

---

## AMENDED CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Samuel Randles provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

***Please separate names with a comma. Only text visible within box will print.***

Not applicable. Plaintiff is an individual, and no nongovernmental corporate party is filing this certificate.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

***Please separate names with a comma. Only text visible within box will print.***

Samuel Randles; Eagle Mountain-Saginaw Independent School District; Jon Grady; Larry Lance. No other financially interested person or entity is presently known to Plaintiff.

Date: August 16, 2026
Signature: /s/ Samuel Randles
Print Name: Samuel Randles, Pro Se
Bar Number: Pro Se
Address: 5001 SH-114E, Apt. 1313
City, State, Zip: Roanoke, Texas 76262
Telephone: 214-250-6187
Fax: N/A
E-Mail: randles.sam@gmail.com

NOTE: To electronically file this document, use the event in CM/ECF under Civil > Other Documents > Certificate of Interested Persons/Disclosure Statement.