**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**SAMUEL RANDLES,**
Plaintiff,

v.

**EAGLE MOUNTAIN-SAGINAW INDEPENDENT SCHOOL DISTRICT; JON GRADY; and LARRY LANCE,**
Defendants.

Civil Action No. 4:26-cv-00999-P-BJ

**FORT WORTH DIVISION**

**PLAINTIFF'S AMENDED NOTICE OF RELATED CASE UNDER LOCAL CIVIL RULE 3.3**

Plaintiff Samuel Randles files this Amended Notice of Related Case under Local Civil Rule 3.3 to supplement ECF No. 9 by identifying the named defendants in the first related federal action. The original Notice identified that action by style and civil action number, identified the presiding judge and status, and explained the shared operative facts.

The first related civil action is *Samuel Randles, Kaitlan Ross, Patrick Wayne Tuter, and Conghua Yan v. Jimmy Blacklock, et al.*, No. 4:25-cv-01422-O (N.D. Tex.), assigned to the Honorable Reed O'Connor. Final judgment was entered March 11, 2026; a notice of appeal was filed June 28, 2026; and the appeal is pending.

The named defendants in that action are: Jimmy Blacklock; David L. Evans; Susan Brown; Ray Wheless; Cynthia Isaura Favila-Terry; Lisa Grimaldi; Tom Wilder; Tarrant County, Texas; Kirk Moss; Crawford R. "Randy" Catterton; William Wren "Bill" Harris; Sherill Youngberg Dean; Kim Cooks; and John Roach Jr.

The original Notice's identification of the related federal action was sufficient to identify the parties and relationships implicated by that action, including the relationship between the Honorable Mark T. Pittman and David L. Evans, even though that relationship had not yet been

separately described on the record. By naming the case, ECF No. 9 placed the entire related action and Evans's status as a named defendant before the Court. The Court was therefore fully aware of the players and the significance of that related action upon the initial filing. This amendment states those understood facts expressly and clarifies them for the record.

The second related civil action is *In the Matter of the Marriage of Jennifer Scroggins Randles and Samuel Christopher Randles*, now pending as No. 322-619733-17 in the 322nd Judicial District Court of Tarrant County, Texas. It was originally assigned to District Judge Jesus "Jesse" Nevarez, Jr., as No. 231-619733-17; after Judge Nevarez recused on July 22, 2025, Administrative Judge David L. Evans transferred the action to the 322nd Judicial District Court. The assignment history is itself part of the related federal controversy: Senior Judge Crawford R. "Randy" Catterton signed the June 4 and June 6, 2025 confinement and release orders although no contemporaneous assignment has been produced; after the related federal action was filed on December 17, 2025, Evans selected Senior Judge Ray Wheless on July 22, 2026, and reassigned Catterton prospectively "from this date" on July 30, 2026. Plaintiff alleges those post-filing selections were retaliatory and placed adjudicative authority with officials implicated in the related federal action. A verified motion to recuse Evans was filed on August 3, 2026, and an application for a court of inquiry concerning Evans was filed on August 11, 2026 in a separate cause. The family court action is currently assigned to Catterton.

The judicial officers who have appeared in, presided over, or exercised assigned administrative or adjudicative responsibility in the family court action include District Judge Jesus "Jesse" Nevarez, Jr.; Associate Judge Kevin Schmid; Associate Judge Lori DeAngelis; District Judge James Munford; Senior Judge Crawford R. "Randy" Catterton; Senior Judge William Wren "Bill" Harris; Senior Judge Doug Robison; Senior Justice Eleanor Lee Gabriel;

Administrative Judge David Evans; and Administrative Judge Ray Wheless, who also appeared as a senior judge.

Judicial complaints have been filed concerning Judge Crawford R. "Randy" Catterton (CJC No. 26-0781), Judge Jesus "Jesse" Nevarez, Jr. (CJC No. 25-0520), and Judge Kevin Schmid (CJC No. 26-0584), and an application for a court of inquiry has been filed concerning Administrative Judge David Evans. Those filings and that assignment history place judicial-conduct, recusal, and conflict issues within the shared factual background and further confirm why the participants and relationships evident from the named federal action were material upon the filing of ECF No. 9.

The actions share operative facts. The earlier federal action concerns judicial-administration practices affecting Plaintiff's family proceeding. This complaint alleges that EMSISD's trespass warning, exclusion, communications, records decisions, and enforcement actions were communicated to or used in that proceeding and affected Plaintiff's access to his children and their school.

This amended notice is filed to comply with Local Civil Rule 3.3, preserve and clarify the record, and permit the Court to determine whether any administrative relationship between the actions is appropriate.

Dated: August 16, 2026

Respectfully submitted,

/s/ Samuel Randles

**Samuel Randles, Pro Se**
5001 SH-114E, Apt. 1313
Roanoke, Texas 76262
Telephone: 214-250-6187
Email: randles.sam@gmail.com