**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

SAMUEL RANDLES,
Plaintiff,

v.

EAGLE MOUNTAIN-SAGINAW
INDEPENDENT SCHOOL DISTRICT;
JON GRADY; and LARRY LANCE,
Defendants.

Civil Action No. 4:26-cv-00999-P-BJ

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISQUALIFY**

Before the Court is Plaintiff Samuel Randles's Motion and Brief to Disqualify District Judge Mark T. Pittman Under 28 U.S.C. § 455(a), Request for Judicial Notice, and Request for Reassignment. The limited request for judicial notice of Yan ECF No. 215, reproduced at Appendix pages 2 through 11, is GRANTED. Having considered the Motion, the record, and the applicable law, the Court concludes that disqualification is warranted under 28 U.S.C. § 455(a).

The Motion is GRANTED. District Judge Mark T. Pittman is DISQUALIFIED from further participation in this action. The Clerk of Court is DIRECTED to reassign this case through the Court's ordinary reassignment procedures.

No further merits ruling shall issue before reassignment. Any motion seeking reconsideration of ECF No. 13, the pending Rule 65 matters, and all other substantive issues are left for determination by the newly assigned judge.

SO ORDERED on this ____ day of ____________, 2026.

______________________________________

**MARK T. PITTMAN**
**UNITED STATES DISTRICT JUDGE**