**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

SAMUEL RANDLES,
Plaintiff,

Civil Action No.
4:26-cv-00999-P-BJ

v.

EAGLE MOUNTAIN-SAGINAW
INDEPENDENT SCHOOL DISTRICT;
JON GRADY; and LARRY LANCE,

Defendants.

**APPENDIX IN SUPPORT OF PLAINTIFF'S EXPEDITED MOTION AND BRIEF TO RECONSIDER ECF NO. 13**

**INDEX**


| | | |
|---|---|---|
| Tab A | August 16, 2026 Rule 65 notice email | App. 2-3 |

Gmail Sam Randles <randles.sam@gmail.com>

# Rule 65 Notice and Filed Papers — Randles v. Eagle Mountain-Saginaw ISD, et al., No. 4:26-cv-00999-P-BJ

1 message

**Sam Randles** <randles.sam@gmail.com> Sun, Aug 16, 2026 at 4:02 PM
To: jhollingsworth@ems-isd.net, Larry Lance <llance@ems-isd.net>, Jon Grady <jgrady@ems-isd.net>, Dean Micknal <dean@leasorcrass.com>

Superintendent Hollingsworth, Captain Grady, and Officer Lance:

I am sending this email to provide Eagle Mountain-Saginaw Independent School District, Jon Grady, and Larry Lance with actual written notice, as of the date and time of this transmission, of Plaintiff's requests for relief under Federal Rule of Civil Procedure 65 in the above-captioned action pending in the United States District Court for the Northern District of Texas, Fort Worth Division.

Attached are filed, docket-stamped copies of the following:

1. ECF No. 1 — Plaintiff's Original Verified Complaint Under 42 U.S.C. § 1983;
2. ECF No. 3 — Plaintiff's Emergency Motion for Temporary Restraining Order and Expedited Response and Hearing;
3. ECF No. 4 — Brief in Support of Plaintiff's Emergency Motion for Temporary Restraining Order;
4. ECF No. 5 — Plaintiff's Motion for Preliminary Injunction, Expedited Rule 65 Discovery, and Expedited Hearing;
5. ECF No. 6 — Brief in Support of Plaintiff's Motion for Preliminary Injunction, Expedited Rule 65 Discovery, and Expedited Hearing; and
6. ECF No. 7 — Appendix in Support of Plaintiff's Rule 65 Motions.

The attached motions, briefs, verified complaint, and appendix state the requested relief, supporting grounds, and evidence in full.

Confirm receipt of this email and all six attachments. Because expedited Rule 65 relief has been requested, please also promptly advise whether each Defendant opposes the requested relief and identify any attorney authorized to respond or receive future communications on behalf of EMSISD, Jon Grady, or Larry Lance. Any opposition may be filed with the Court, with a copy transmitted to me at the email address below.

This transmission is intended to provide Rule 65 notice and an opportunity to respond. It is not a representation that service of summons and complaint under Federal Rule of Civil Procedure 4 has been completed or waived. Formal service will proceed separately unless waived or otherwise ordered by the Court.

This transmission concerns the original Rule 65 papers only. Any subsequent motion, brief, appendix, or other filing will be transmitted separately.

Sincerely,

Samuel Randles
Plaintiff, Pro Se
Telephone: 214-250-6187
Email: randles.sam@gmail.com

**6 attachments**

**1_Complaint_1b6f3b1a-8da8-4983-a0bb-fcbb65947c52.pdf**
838K

**4_BriefInSup_aae74690-394e-4761-b6b7-2453aac4e897.pdf**
162K

**5_Prelim_Injunct_ae597810-9ffc-4675-a3d2-a6bf6e51bc26.pdf**
86K

**6_Brief_Prelim_Injunct_9203b3b2-b43f-4514-89c8-b3401d955a80.pdf**
180K

**7_Appendix_e3e72bdf-dadc-4e2a-8a86-415db61575c1.pdf**
300K

**3_EmergencyTRO_900d68fe-0d5c-4bd7-922f-3951a5b09698.pdf**
99K