**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

SAMUEL RANDLES,

Plaintiff,

v.

Civil Action No.
4:26-cv-00999-P-BJ

EAGLE MOUNTAIN-SAGINAW
INDEPENDENT SCHOOL DISTRICT;
JON GRADY; and LARRY LANCE,

Defendants.

**[PROPOSED] ORDER ON PLAINTIFF'S EXPEDITED MOTION TO RECONSIDER ECF NO. 13**

Before the Court is Plaintiff Samuel Randles's Expedited Motion and Brief Under Rule 54(b) to Reconsider ECF No. 13 and Request for Adversarial Review After Resolution of ECF No. 16. Having considered the motion, the appendix, the docket, and applicable law, the Court concludes that reconsideration is warranted.

Plaintiff's motion is GRANTED to the following extent. ECF No. 13 is VACATED. The Court finds that ECF No. 3 expressly sought noticed relief and did not request issuance of a temporary restraining order without notice. This Order does not itself grant the requested temporary restraining order or determine the ultimate merits of Plaintiff's Rule 65 applications.

Defendants may file a response to ECF Nos. 3 and 4 on or before __________________ at ______ _.m. Plaintiff may file a reply on or before __________________ at ______ _.m. The Court will thereafter decide the renewed request on the written submissions or set the earliest practicable hearing by separate order.

Plaintiff's preliminary-injunction motion, ECF No. 5, remains pending. Nothing in this Order resolves or limits ECF No. 16 or the disqualification issues preserved there.

SO ORDERED on this ____ day of _______________, 2026.

______________________________________________
**UNITED STATES DISTRICT JUDGE**