**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **SAMUEL RANDLES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-999-P** |
| | § | |
| **EAGLE MOUNTAIN-SAGINAW I.S.D., ET AL.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**ORDER AND NOTICE OF DEFICIENCY**
(With Special Instructions to the clerk of Court)

Plaintiff, Samuel Randles, proceeding *pro se*, filed a civil complaint and motion for leave to proceed *in forma pauperis*. After review, the following deficiencies appear:

( **X** ) Plaintiff has not paid the applicable filing and administrative fees or filed a proper long-form IFP application. *See* N.D. Tex. Misc. Order No. 15; *see also* 28 U.S.C. §§ 1914, 1915. In order for the Court to determine whether Plaintiff is eligible to proceed IFP, he must provide complete and accurate answers to **all** of the questions listed on the long-form IFP application. He has not provided information regarding employment history and income and where living expenses are coming from.

**The clerk of Court shall take the following action:**

( **X** ) A copy of this order shall be mailed to Plaintiff. No further process shall issue except upon order of the Court.

( **X** ) A long-form IFP application to proceed in this Court without prepaying fees or costs (labeled with this case number) shall be mailed to Plaintiff along with a copy of this order.

It is therefore **ORDERED** that Plaintiff shall either pay the $405 filing and administrative fees or complete all sections of the long-form IFP application and return it to the clerk of Court **within 14 days from the date of this order**. **Failure to timely pay the applicable fees or submit a complete long-form IFP application may result in dismissal of this case without further notice.** *See* FED. R. CIV. P. 41(b); *see also Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (a court may dismiss for lack of prosecution under its inherent authority).

SIGNED August 19, 2026.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE