AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT

Northern District of Texas

Samuel Christopher Randles
*Plaintiff/Petitioner*
v.
Eagle Mountain-Saginaw ISD, et al.
*Defendant/Respondent*

Civil Action No. 4:26-cv-00999-O-BJ

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: Sam Randles

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 08/19/2026

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $7300.00 | $ N/A | $ 0 | $ N/A |
| Self-employment | $166.67 | $ N/A | $ 0 | $ N/A |
| Income from real property *(such as rental income)* | $0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $0 | $ N/A | $ 0 | $ N/A |
| Gifts | $0 | $ N/A | $ 0 | $ N/A |
| Alimony | $0 | $ N/A | $ 0 | $ N/A |
| Child support | $0 | $ N/A | $ 0 | $ N/A |

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability *(such as social security, insurance payments)* | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance *(such as welfare)* | $ 0 | $ N/A | $ 0 | $ N/A |
| Other *(specify)*: | $ 0 | $ N/A | $ 0 | $ N/A |
| **Total monthly income:** | $ 7466.67 | $ N/A | $ 0 | $ N/A |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| Blue Compass RV | 3201 W Royal Ln, Irving, TX 75063 | 01/02/2024 - 04/14/2026 | $ 10833.33 |
| N/A | N/A | N/A | $ N/A |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

4. How much cash do you and your spouse have? $ 0.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| **Financial institution** | **Type of account** | **Amount you have** | **Amount your spouse has** |
|---|---|---|---|
| EECU | Checking | $ 1.36 | $ N/A |
| EECU | Savings (available) | $ 0.00 | $ N/A |
| N/A | N/A | $ 0 | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| **Assets owned by you or your spouse** | |
|---|---|
| Home *(Value)* | $ 0 |
| Other real estate *(Value)* | $ 0 |
| Motor vehicle #*1* *(Value)* | $ 500 |
| Make and year: Ford, 2012 | |
| Model: Expedition | |
| Registration #: N/A | |
| Motor vehicle #*2* *(Value)* | $ 1000 |
| Make and year: Chevrolet, 2015 | |
| Model: Cruze | |
| Registration #: N/A | |
| Other assets *(Value)* | $ 0 |
| Other assets *(Value)* | $ 0 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| **Person owing you or your spouse money** | **Amount owed to you** | **Amount owed to your spouse** |
|---|---|---|
| None | **$** 0 | **$** N/A |
| N/A | **$** 0 | **$** N/A |
| N/A | **$** 0 | **$** N/A |

7. State the persons who rely on you or your spouse for support.

| **Name** (or, if under 18, initials only) | **Relationship** | **Age** |
|---|---|---|
| FAR | Child | 12 |
| RTR | Child | 10 |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | | You | Your spouse |
|---|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ❒ Yes ☑ No<br>Is property insurance included? ❒ Yes ☑ No | | $ 0 | $ N/A |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | | $ 125 | $ N/A |
| Home maintenance *(repairs and upkeep)* | | $ 0 | $ N/A |
| Food | | $ 400 | $ N/A |
| Clothing | | $ 200 | $ N/A |
| Laundry and dry-cleaning | | $ 50 | $ N/A |
| Medical and dental expenses | | $ 300 | $ N/A |
| Transportation *(not including motor vehicle payments)* | | $ 400 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | | $ 0 | $ N/A |
| Insurance *(not deducted from wages or included in mortgage payments)* | | | |
| Homeowner's or renter's: | Policy | $ 10 | $ N/A |
| Life: | N/A | $ 0 | $ N/A |
| Health: | N/A | $ 0 | $ N/A |
| Motor vehicle: | Policy | $ 100 | $ N/A |
| Other: | N/A | $ 0 | $ N/A |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | | $ 0 | $ N/A |
| Installment payments | | | |
| Motor vehicle: | N/A | $ 0 | $ N/A |
| Credit card *(name)*: | EECU MC Platinum | $ 100 | $ N/A |
| Department store *(name)*: | N/A | $ 0 | $ N/A |
| Other: | EECU personal loan | $ 478.60 | $ N/A |
| Alimony, maintenance, and support paid to others | | $ 2458.37 | $ N/A |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0 | $ N/A |
| Other *(specify)*: None | $ 0 | $ N/A |
| **Total monthly expenses:** | $ 4621.97 | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☑ Yes ☐ No If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ☑ Yes ☐ No

If yes, how much? $ 250

11.

Unemployed since 4/14/26 after being jailed following a hearing on a discovery motion alleging judicial misconduct before a judge who later recused; related issues are before the Texas Court of Criminal Appeals. The jailing caused me to miss work and lose my job. A friend provides free housing. Related evidence concerns alleged ex parte EMSISD communications.

12. Identify the city and state of your legal residence.
Roanoke, Texas

Your daytime phone number: 214-250-6187

Your age: 41 Your years of schooling: Master's level

Last four digits of your social-security number: 2445

Print Save As... Add Attachment Reset

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

Samuel Christopher Randles, Plaintiff    Civil Action No. 4:26-cv-00999-O-BJ

## ATTACHMENT TO AO 239 LONG-FORM IFP APPLICATION

**Question 1 - Income estimate.** Employment income is an estimate based on a $130,000 annual salary through April 14, 2026, plus a $3,000 bonus received in 2026. Self-employment receipts from music activity were approximately $2,000 gross during the past year; expected gross receipts next month are $0.

**Question 8 - Support obligation.** The $2,458.37 amount listed for support is the current monthly court-ordered child-support obligation. The obligation has been contested since July 2025 and is presently unpaid because of unemployment.

**Question 9 - Expected change.** Yes. I am actively seeking employment and submitting resumes. Income may increase if employment is obtained.

**Current living-expense clarification.** A friend is presently allowing me to reside in his home without rent or utilities. I am unable to meet many of the other listed expenses and debt obligations with my current available funds.

**Question 11 - Related judicial-misconduct allegations.** The underlying family matter, No. 231-619733-17, was assigned to 231st District Judge Jesus 'Jesse' Nevarez Jr. Plaintiff alleges the proceeding was initiated and developed through coordinated conduct involving Greenfield Elementary Principal Darius Flowers, Nevarez, and EMSISD, including alleged sex-for-favors arrangements between Jennifer Randles and both Nevarez and Flowers and alleged bribery involving Jennifer Randles and Judge Lori DeAngelis. Plaintiff further alleges that 231st Associate Judge Kevin Schmid and Senior Judge Crawford R. 'Randy' Catterton unlawfully jailed him, with Catterton acting without a valid assignment.

Plaintiff alleges that Jennifer Randles's attorney Elizabeth Parmer represented Nevarez in State Commission on Judicial Conduct matters arising from sexual-harassment complaints made by 231st Associate Judge Lindsey DeVos. Jennifer Randles's later counsel, Laurie Robinson, is alleged to be connected to DeAngelis through attorney Jim Ross, who employed EMSISD attorney Stacy Alford, including through litigation styled *DeAngelis v. Protective Parents Coalition*, 556 S.W.3d 836 (Tex. App.-Fort Worth 2018, no pet.), No. 02-16-00216-CV.

The highly contested matter overlaps with related federal action No. 4:25-cv-01422-O and its pending appeal and involves alleged coordination, conflicts, retaliation, conspiracy, or cover-up concerning Robinson, Parmer, Tarrah Lett, Alford, Nevarez, Schmid, Senior Judge Catterton, Senior Judge William Wren 'Bill' Harris, 8th Administrative Judge David L. Evans, Ray Wheless in his capacities as Presiding Judge of the 1st Administrative Judicial Region and Senior Judge, Senior Justice Eleanor Lee Gabriel, Senior Judge Douglas Robison, Flowers, and others. Plaintiff alleges the conspiracy and cover-up of the initial acts led to later retaliatory actions by Robison, including denial of discovery related to this federal suit and the April 14, 2026 jailing that caused Plaintiff to miss work and lose his job, and that the same course overlaps with alleged ex parte EMSISD-family-court communications at issue here.