**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| SAMUEL RANDLES,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE MOUNTAIN-SAGINAW INDEPENDENT SCHOOL DISTRICT; JON GRADY; and LARRY LANCE,<br><br>Defendants. | **Civil Action No.**<br><br>4:26-cv-00999-O-BP |

**NOTICE OF CHANGE OF ADDRESS**

Plaintiff Samuel Randles, proceeding pro se, gives notice under Local Civil Rule 83.13(a) and paragraph 6 of the Court's September 1, 2026 Order (ECF No. 23) that his mailing address has changed. The Clerk is respectfully requested to update Plaintiff's contact information and direct all future notices, orders, and correspondence to the new mailing address stated below.

**Prior mailing address**

5001 SH-114E, Apt. 1313
Roanoke, Texas 76262

**New mailing address**

2915 Beau Drive
Mesquite, Texas 75181

Dated: September 7, 2026

Respectfully submitted,

/s/ Samuel Randles
Samuel Randles, Plaintiff Pro Se
2915 Beau Drive
Mesquite, Texas 75181
Telephone: 214-250-6187
Email: randles.sam@gmail.com