**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

SAMUEL RANDLES,

Plaintiff,

v.

EAGLE MOUNTAIN-SAGINAW
INDEPENDENT SCHOOL DISTRICT;
JON GRADY; and LARRY LANCE,

Defendants.

**Civil Action No.**
**4:26-cv-00999-O-BP**

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO FILE A SUPPLEMENTAL APPENDIX AND SUBMIT EXHIBITS UNDER SEAL**

Before the Court is Plaintiff's Motion for Leave to Supplement the Appendix at ECF No. 7, to File Documentary Exhibits Under Seal, and to Lodge Non-Documentary Exhibits Under Seal, and Brief in Support. Having considered the motion, the record, and the applicable rules, the Court GRANTS the motion.

The sealed Supplemental Appendix accompanying the motion is accepted as a supplement to ECF No. 7 in support of Plaintiff's pending Motion for Preliminary Injunction (ECF No. 5) and supporting brief (ECF No. 6).

The clerk is DIRECTED to accept and docket one sealed 9-by-12-inch envelope marked "SEALED - Supplemental Appendix - Page 1 - Exhibits C-I - Civil Action No. 4:26-cv-00999-O-BP." The envelope contains one USB flash drive with twelve exhibit files: C, C-T, D-O, D-R, D-T, E, E-T, F, G, G-T, H, and I. The documentary PDF files on the drive are duplicate copies of materials reproduced in the electronic appendix. The envelope shall be treated as Supplemental Appendix page 1 and maintained under seal. The accompanying electronic appendix contains Plaintiff's supplemental declaration, transcript exhibits C-T, D-T, E-T, and G-T, the documentary cover material for Exhibit F, and documentary Exhibits H and I, and is consecutively numbered pages 2 through 86.

The Court may consider the supplemental materials in resolving ECF No. 5. This Order does not amend or supplement the complaint, add a claim or party, modify the discovery stay in ECF No. 23, or decide the admissibility or weight of any exhibit.

SO ORDERED on this ____ day of __________________, 2026.

______________________________________

**REED O'CONNOR**
**CHIEF UNITED STATES DISTRICT JUDGE**