**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **SAMUEL CHRISTOPHER RANDLES,**<br>Plaintiff,<br><br>v.<br><br>**EAGLE MOUNTAIN-SAGINAW INDEPENDENT SCHOOL DISTRICT; JON GRADY, in his individual and official capacities; and LARRY LANCE, in his individual and official capacities,**<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 4:26-cv-00999-O-BP**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED AND SUPPLEMENTAL VERIFIED COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 15**

Plaintiff Samuel Christopher Randles moves under Federal Rules of Civil Procedure 15(a)(2), 15(d), 20(a)(2), and 21 for leave to file the complete First Amended and Supplemental Verified Complaint attached as Exhibit A. The proposed pleading preserves the original claims, adds participants identified through subsequently obtained records, and supplements the action with material events occurring after the original complaint. It presents the related allegations in one operative pleading for screening under 28 U.S.C. § 1915(e)(2).

## I. PROCEDURAL POSTURE AND PROPOSED AMENDMENT

1. Plaintiff filed his original verified complaint on August 13, 2026. ECF No. 1.
2. On September 1, 2026, the Court granted leave to proceed in forma pauperis, withheld service pending screening under 28 U.S.C. § 1915(e)(2), stayed discovery, and directed that Plaintiff obtain prior approval before filing an amendment or supplement. The Court further directed Plaintiff to attach a complete proposed amended complaint to any motion seeking leave. ECF No. 23 at 1–3.

3. No Defendant has been served or appeared, no responsive pleading has been filed, and no scheduling deadline for amendment has been entered. The attached proposed pleading is complete and is intended to supersede the original complaint if leave is granted.

4. The proposed pleading preserves the claims and relief against Eagle Mountain-Saginaw Independent School District, Jon Grady, and Larry Lance; adds Jerry Hollingsworth solely in his official capacity and Mark Allain, Darius Flowers, Philo Waters, Stacy Alford, Amanda Hixon, and Jennifer Randles in the capacities specified in Exhibit A; adds the related federal claims stated there; and incorporates connected post-filing events. Exhibit A is attached in compliance with ECF No. 23 and Local Civil Rule 15.1.

## II. LEAVE SHOULD BE GRANTED

5. Rule 15(a)(2) directs courts to give leave freely when justice so requires. Foman v. Davis, 371 U.S. 178, 182 (1962). Rule 15(d) authorizes a supplemental pleading concerning transactions, occurrences, or events that happened after the date of the pleading to be supplemented. Fed. R. Civ. P. 15(a)(2), 15(d).

6. Leave is appropriate. Plaintiff seeks amendment and supplementation before service, a responsive pleading, discovery, or a scheduling deadline. The proposed claims arise from the same alleged series of transactions and share common questions concerning the CTW, probable cause, communications, state action, causation, and injury. Joinder is proper under Rules 20(a)(2) and 21, no Defendant will be required to repeat discovery or briefing, and one operative pleading will permit unified screening without prejudice or fragmentation.

## III. PRESERVATION OF LATER AMENDMENT OR SUPPLEMENTATION

7. Because service remains withheld, Plaintiff has not received a responsive pleading or a motion under Rule 12(b), (e), or (f). Plaintiff requests leave to file Exhibit A without prejudice to any later amendment permitted as a matter of course under Rule 15(a)(1), by consent or leave under Rule 15(a)(2), by supplementation under Rule 15(d), or by a court-directed

repleading order, including amendment based on responsive pleadings or information obtained after service. Plaintiff does not seek advance authorization for an unidentified future pleading.

## PRAYER

Plaintiff respectfully requests that the Court grant this motion, direct the Clerk to file Exhibit A as the operative First Amended and Supplemental Verified Complaint under Local Civil Rule 15.1(b), and grant all other relief to which Plaintiff may be entitled. The requested leave should be without prejudice to any later amendment or supplementation permitted by Rule 15 or ordered by the Court.

## CERTIFICATE OF CONFERENCE

As of the filing of this motion, service remains withheld under ECF No. 23 and no Defendant has appeared through counsel. Plaintiff therefore has no attorney of record with whom to confer. A conference was not reasonably possible, and the motion is presumed opposed under Local Civil Rule 7.1(b)(3).

Dated: October 12, 2026

Respectfully submitted,

Sam Randles

/s/ Samuel Christopher Randles
**SAMUEL CHRISTOPHER RANDLES**
Plaintiff, Pro Se
2915 Beau Drive
Mesquite, Texas 75181
(214) 250-6187
Facsimile: None
randles.sam@gmail.com
Bar Number: N/A (Pro Se)