**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **SAMUEL RANDLES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-00999-O-BP** |
| | § | |
| **EAGLE MOUNTAIN-SAGINAW** | § | |
| **I.S.D., *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is Plaintiff's Motion for Leave to File First Amended Complaint and Supplemental Verified Complaint under Federal Rule of Civil Procedure 15 (ECF No. 29), filed on October 12, 2026. After considering the pleadings and applicable legal authorities, the Court finds that Plaintiff's Motion should be and is hereby **GRANTED**. The Clerk of Court is **DIRECTED** to file Plaintiff's First Amended and Supplemental Verified Complaint (ECF No. 29-1).

It is so **ORDERED** on October 13, 2026.

Hal R. Ray, Jr.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE