**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| SAMUEL RANDLES, | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION NO.** |
| | § | **4:26-cv-00999-O-BP** |
| v. | § | |
| | § | |
| EAGLE MOUNTAIN-SAGINAW | § | |
| INDEPENDENT SCHOOL DISTRICT, et al., | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

**PROPOSED ORDER RECUSING MAGISTRATE JUDGE HAL R. RAY, JR.**

Before the Court is Plaintiff's Notice of Newly Discovered Facts, Request for On-Record Disclosure, and Motion to Recuse Chief Judge Reed O'Connor and Magistrate Judge Hal R. Ray, Jr. The motion is GRANTED as to Magistrate Judge Hal R. Ray, Jr.

**Magistrate Judge Hal R. Ray, Jr. RECUSES from further participation in this action.**

**The referral to Magistrate Judge Ray is WITHDRAWN. Any further referral shall be made under the Court's regular assignment procedures.**

SO ORDERED on this ____ day of __________________, 2026.

______________________________________
**HAL R. RAY, JR.**
**UNITED STATES MAGISTRATE JUDGE**